UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA                                   :
                                                           :          06-CR-102 (JPO)
                        -v-                                :
                                                           :          ORDER
NATARAJAN R. VENKATARAM,                                   :
                                                           :
                                        Defendant.         :
-----------------------------------------------------------X

J. PAUL OETKEN, District Judge:

     Defendant Natarajan R. Venkataram, currently detained at Essex County Jail, is hereby

ordered released on bail as ordered at the telephonic hearing on June 2, 2021.

     SO ORDERED.

Dated: June 2, 2021
     New York, New York

_____
         J. PAUL OETKEN
     United States District Judge