UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 06-CR-102 (JPO) |
| NATARAJAN VENKATARAM,<br>                              Defendant. | ORDER |

    Defendant Natarajam Venkataram has filed a letter motion (Dkt. No. 859) requesting that his sentence of 30 days' imprisonment for violation of supervised release be converted to a sentence of home confinement. For the reasons explained during the sentencing hearing on June 10, 2021, a sentence involving a term of imprisonment is necessary to serve the purposes of sentencing given the nature of Defendant's violation of supervised release. The fact that Defendant may be held in an isolation unit at his designated facility for some period of time does not alter the Court's conclusion.

    Accordingly, Defendant's motion is denied. Defendant shall report to the facility designated by the Bureau of Prisons on July 26, 2021, at 2:00 p.m.

    SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge