UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED OCT 14 2026 S.D. OF N.Y.

UNITED STATES OF AMERICA,

Judgment Creditor,

v.

NATARAJAN VENKATARAM,

Judgment Debtor,

06 CR 0102 (RPP)

**SATISFACTION OF JUDGMENT**

Satisfaction is acknowledged between United States of America, judgment creditor, and NATARAJAN VENKATARAM, judgment debtor, for the restitution in the amount of $2,970,072.00, the fine in the amount of $50,000.00 and the special assessment in the amount of $1,600.00 amounting in all to the sum of $3,021,672.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 11th day of July, 2008. This satisfaction does not apply to any forfeiture obligations.

JAMES M. MCDONALD
United States Attorney

By: ______________________
MELISSA A CHILDS
Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

On September 28, 2026 before me personally came MELISSA A CHILDS, Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

______________________
NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2030